UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JENNIFER A. CASTILLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C11-1040-MJP-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 28, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including December 12, 2011, to file a reply brief.

DATED this 27th day of October, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Page 1     ORDER - [C11-1040-MJP-MAT]

1

Presented by:

2

s/ Terrye E. Shea
3 TERRYE E. SHEA
Special Assistant U.S. Attorney
4 Office of the General Counsel
Social Security Administration
5 701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
6 Telephone:  (206) 615-2143
Fax:  (206) 615-2531
7 terrye.shea@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23