UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JENNIFER A. CASTILLO,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. C11-1040-MJP -MAT<br><br><br><br>ORDER AMENDING THE SCHEDULING ORDER |

　　　Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 12, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including January 9, 2012, to file a reply brief.

**No further extensions will be granted absent extraordinary circumstances.**

　　　DATED this 28th day of November, 2011.

　　　　　　　　　　　　　　　　　　　／s／ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C11-1040-MJP -MAT]

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2143
Fax:  (206) 615-2531
terrye.shea@ssa.gov