UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER A. CASTILLO, | ) |
| | ) CASE NO. C11-1040-MJP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of her application for Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 22.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a *de novo* hearing and a new decision pursuant to sentence four of 42 U.S.C. § 405(g); (2) re-assess all of

the medical evidence of record, including, but not limited to, the evidence concerning the mental impairments diagnosed by treating sources during the relevant period; (3) if necessary, obtain evidence from a medical expert to assist in assessing the nature and severity of the mental impairments during the period under consideration; (4) evaluate the mental impairments in accordance with the special technique described in 20 C.F.R. 404.1520a, documenting application of the technique by providing specific findings and appropriate supporting rationale for each of the functional areas described in 20 C.F.R. 404.1520a(c); (5) comply with HALLEX 1-2-6-58 with regard to considering evidence and include evidence from the prior claim as exhibits in the current claim; (6) further consider plaintiff's maximum physical and residual functional capacity during the period at issue and provide rationale with specific references to evidence of record in support of the assessed limitations; (7) if plaintiff does have significant nonexertional limitations during the period under consideration, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base and assist in determining if the limitations prevent plaintiff from performing past relevant work; (8) if appropriate, proceed to step five of the sequential evaluation process; and (9) remove from the record any evidence which does not pertain to plaintiff and ensure that only evidence pertaining to plaintiff will be entered into the record and considered in reaching the decision. Additionally, the Court will consider, upon proper application, an award of reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the above, the Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order

01 accompanies this Report and Recommendation.

02     DATED this 14th day of December, 2011.

                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -3